This Agreement made and entered into this 8th day of March 2002, by and between Phillip Traicoff d.b.a. Renegade Studios (hereinafter referred to as the "Owner" and Digital Media Inc, (DMI) (hereinafter referred to as the "Licensee").

Owner hereby grants to the Licensee the right to record, reproduce, market and sell the audio now entitled: DMI training and including all course material using audio recorded at Renegade Studios under the following terms and conditions:

1. Owner warrants and represents that it is the sole and exclusive proprietor of a valid copyright or license in the Audio created at Renegade Studios and that Owner has the right to grant the license herein contained.

2. Owner grants to Licensee audio the exclusive right, privilege and license, during the term of the copyright of said audio and all renewals and extensions thereof, to use the Composition, and to make and/or use arrangements thereof, in the manufacture and sale of parts of voices serving to reproduce the Audio in the United States.

    (a) Owner grants exclusive privileges to Licensee under the following provisions:
        i. Owner is allowed to use for teaching, training, and demonstration purposes, all above mentioned material, i.e., all audio recorded at Renegade Studios.
        ii. Owner is not held responsible or liable for any damages arising from said usage of such audio and/or any parts thereof.

3. Licensee shall pay to Owner royalties at the following rates on all copies containing the above-named audio, sold and paid for in the United States during the term of the Owners copyright and all renewals and extensions thereof:

(a) In lieu of fifty thousand dollars ($50,000.00) Phillip Traicoff will accept fifty thousand (50,000) shares of DMI stock.

(b) The term "audio" or "audios", as used herein, means any and all methods of mechanically reproducing the audio including, but not limited to phonographic records, cassette tapes, digital audio tape, compact disc and any and all methods of reproducing the Composition, now known or to later come into existence.

4. Owner indemnifies, and shall hold harmless, Licensee from loss or damage (a) arising out of or connected with any claim by a third party or parties which is inconsistent with any of Owner's warranties in paragraph 1 hereof, or (b) by reason of any adjudication invalidating the copyright of the Composition.

5. This contract is not assignable by DMI and shall be binding upon the heirs, legal representatives, successors and assigns of the parties hereto.

6. All internet pages which reference any course using the Renegade Studios audio must immediately contain the following reference;
"Recorded and produced at Renegade Recording by Phillip Traicoff. Narration by Amy Millar." In addition the reference needs to be followed by a link to www.renegade-studio.com.

AGREED TO and entered into by the parties hereto

_[signature]_  3/8/02
OWNER

_Renegade Recording Studios_
By

Digital Media, Inc   3/8/02
LICENSEE

_[signature]_ Hare, President
By

EXHIBIT 2