UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILLIP TRAICOFF, d/b/a ) <br> RENEGADE STUDIOS, ) <br>             Plaintiff, ) <br>   v.                            ) <br>                                    ) <br> DIGITAL MEDIA, INC., STAFFING ) <br> TOOLS, INC., DELBERT CRAIG HANE, ) <br> MARKZWARE, TAZ TALLY ) <br> SEMINARS, INC., ENFOCUS ) <br> SOFTWARE, INC., MICROSOFT ) <br> CORPORATION, X-RITE, INC., ) <br> NATIONAL COUNCIL FOR SKILL ) <br> STANDARDS IN GRAPHIC ) <br> COMMUNICATIONS, GRAPHIC ) <br> AUTHORITY, ONLINE UNIVERSITY, ) <br> GRAPHIC COMPUTER SOLUTIONS, ) <br> ONLINE UNIVERSITY, PRINTIMAGE ) <br> INTERNATIONAL, COLORBLIND, ) <br> CORP., PANTONE, INC., QUADRALAY, ) <br> COPYDOT PRE PRESS, INC., VANTAGE ) <br> TRAINING TECHNOLOGIES, INC., ) <br> VANTAGE PARTNERS, LLC, TECSOFT, ) <br> PRINTABLE TECHNOLOGIES, ) <br> INTERNATIONAL CENTER FOR ) <br> ENTREPRENEURIAL DEVELOPMENT, ) <br> PRINTING INDUSTRIES OF NORTHERN ) <br> CALIFORNIA, CORNERMARK, AGT, ) <br> PRINTSTAFF, LLC, PRINTING ) <br> INDUSTRY ASSOCIATION OF ) <br> SOUTHERN CALIFORNIA, PRINTING ) <br> INDUSTRY ASSOCIATION OF ) <br> GEORGIA, IMAGING TECHNOLOGIES, ) <br> INC., IMAGING TECHNOLOGIES, ) <br> CORP., LITHCO, EXTENSIS, INC., ) <br> NATIONAL ASSOCIATION OF ) <br> PHOTOSHOP PROFESSIONALS, ) <br> PG AND ASSOCIATES. ) <br>             Defendants. ) | Cause No. 1:03-CV-1781 JDT/WTL |

**DIGITAL MEDIA'S MOTION FOR SUMMARY JUDGMENT**

Defendant Digital Media Inc. by counsel, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, moves this Court for summary judgment in its favor and against the plaintiff, Phillip Traicoff, on all material counts of plaintiff's complaint.

In support of this motion, Digital Media Inc. submits the accompanying Memorandum of Law.

                                              Respectfully submitted,

                                              s/   Philip A. Sallee_____
                                              Philip A. Sallee
                                              Indiana Attorney # 4-53

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of July, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following counsel and parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John F. Townsend, III (townsendmontross@aol.com)

Robert F. Hunt (hunt@huntlawfirm.net)

Counsel believes that no other parties remain in this matter.

                                              s/ Philip A. Sallee_____
                                              Philip A. Sallee
                                              P.O. Box 6
                                              Bloomington, IN 47402-0006
                                              (812) 334-7007
                                              universallee@insightbb.com