# FISHER REPORTING, INC.

P.O. Box 214
Ellettsville, IN 47429
PHONE: {812}876-7312
FAX: {812} 876-9186

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/16/2005 | 6296 |

☐ TAX ID 351986806

HUNT HASSLER & LORENZ
100 Cherry Street
P.O. Box 1527
Terre Haute, IN  47808
ATTN: Robert Hunt

| DUE DATE |
|----------|
| 3/16/2005 |

| RECORDED | CASE NAME | AMOUNT |
|----------|-----------|--------|
| 2/22/2005 | PHILLIP TRAICOFF dba RENEGADE STUDIOS vs DIGITAL MEDIA, INC. etal<br><br>PREPARATION OF THE DEPOSITION OF PHILLIP TRAICOFF appearance/ condensed format transcript/copy of audio tape/ signature<br><br>COPY OF THE DEPOSITION OF DELBERT CRAIG HANE condensed format transcript/ exhibits | 494.00 |

It's been a pleasure working with you!

**Total** $494.00