# FISHER REPORTING, INC.

P.O. Box 214
Ellettsville, IN 47429
PHONE: {812}876-7312
FAX: {812} 876-9186

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/24/2005 | 6476 |

7/1/

TAX ID 351986806

PHIL SALLEE

| DUE DATE |
|---|
| 6/24/2005 |

| RECORDED | CASE NAME | AMOUNT |
|---|---|---|
| | EMAIL COPY OF THE DEPOSITION OF PHIL TRAICHOFF | 120.00 |
| | EMAIL INVOICE TO DEBBIE GOODMAN @PREPRESTRAINING.COM   7/19/2005 | |

**Total** $120.00

Legal