**JEFFREY S. ANKROM**
ATTORNEY-AT-LAW, LLC
[701 NORTH WALNUT STREET]
P.O. BOX 672
BLOOMINGTON, IN 47402-0672
TEL. (812) 334-9010 / FAX (812) 334-2171
ANKROM@COPYRIGHTTIMES.COM

# STATEMENT

### INDEPENDENT LEGAL SERVICES RENDERED

**CLIENT:** Philip Sallee

**ISSUE:** COPYRIGHT INFRINGEMENT (TRAICOFF V. DMI ET AL.)

**Special research and writing rate to other attorneys in copyright matters:**

$100.00 per hour

**Total of 50 hours worked**

**Total paid to date (April 26, 2006):** $500.00

**Minimum balance due subject to Court approval and collection:**

**$4500.00**

**Together with such lodestar or reasonable enhancement as the Court may determine**